IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

ANTHONY W. MILLER,

    Petitioner,

 v.

STATE OF FLORIDA,

    Respondent.
_____/

Case No.  5D23-1326
LT Case No. 1996-CF-1495

Opinion filed June 23, 2023

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Anthony W. Miller, Graceville, pro se.

No Appearance for Respondent.

PER CURIAM.

    This Court earlier denied Petitioner's petition for writ of habeas corpus stemming from Marion County Circuit Court Case No. 1996-CF-1495. Since it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims arising from or related to Marion County Circuit Court Case No. 1996-CF-1495 may result in sanctions such as a bar on pro se filings in

this Court and referral to prison officials for consideration of disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2021); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

HARRIS, SOUD and MACIVER, JJ., concur.